

# Fourth Court of Appeals
## San Antonio, Texas

September 4, 2014

No. 04-14-00567-CV

**EX PARTE** Tad Dana **PERRY**

Original Habeas Corpus Proceeding[1]

**ORDER**

Sitting:      Sandee Bryan Marion, Justice
             Marialyn Barnard, Justice
             Rebeca C. Martinez, Justice

On September 2, 2014, relator filed a second motion for emergency relief. On September 3, 2014, this court issued an opinion granting in part relator's petition for writ of habeas corpus. The accompanying order stated that all other relief requested in relator's petition was denied. Accordingly, relator's Second Amended Motion for Emergency Temporary Relief is DENIED.

It is so **ORDERED** on September 4th, 2014.        PER CURIAM

ATTESTED TO: _____
                  Keith E. Hottle
                  Clerk of Court

---

[1] This proceeding arises out of Cause No. 07-06-4710-CCL, styled *In the Interest of T.S.P., a Child*, pending in the County Court at Law, Medina County, Texas, the Honorable Vivian Torres presiding.